# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

FILED
Scott L. Poff, Clerk
United States District Court
By casbell at 5:00 pm, Jun 13, 2017

STEPHEN LAKEITH JACKSON,

    Plaintiff,

v.

BRENT EXUM; FEELON GAY; TRENT EXUM; JUDGE MCCLAIN; UNKNOWN, District Attorney; and OFFICER UNKNOWN,

    Defendants.

CIVIL ACTION NO.: 2:17-cv-3

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's May 9, 2017, Report and Recommendation, dkt. no. 8, to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court.

The Court **DISMISSES** Plaintiff's Complaint for improper venue and failure to state a claim and **DENIES** Plaintiff leave to appeal *in forma pauperis*.

The Court further **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 13 day of July, 2017.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA